# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

**FILED**

JUN 0 3 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### Petition for Summons for Offender Under Supervision

| | |
|---|---|
| **Name of Offender**<br>James Ratliff | **Docket Number**<br>CR 13-00352-1 YGR |

**Name of Sentencing Judge:**   The Honorable Wayne R. Andersen
United States District Judge

**Date of Original Sentence:**   January 13, 2006

**Original Offense**
Count One: Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1), a Class C Felony

**Original Sentence:** Fifty-five (55) months of custody, to be followed by five (5) years supervised release
**Special Conditions:** Access to financial information; substance abuse testing; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; and DNA collection.

On May 23, 2013, jurisdiction was transferred to this district from the Northern District of Illinois.

| | |
|---|---|
| **Type of Supervision**<br>Supervised Release | **Date Supervision Commenced**<br>December 18, 2009 |
| **Assistant U.S. Attorney**<br>Duty AUSA | **Defense Counsel**<br>Duty (AFPD) |

### Petitioning the Court

The issuance of a summons for the offender to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on June 12, 2013, at 9:30 a.m.

I, Jenna Russo, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the

NDC-SUPV-FORM 12C(1) 02/26/10

**RE:**   Ratliff, James                                                                                      2
CR 13-00352-1

course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the general condition that he not commit another federal, state or local crime. |

On or about December 2, 2012, in the city of Hayward, California, the offender violated California Penal Code Sections 273.5 – Domestic Violence, and 236 – False Imprisonment, both felonies .

On April 15, 2013, the undersigned was contacted by the Hayward Police Department regarding a report of domestic violence committed by the offender. The incident occurred on December 2, 2012; however, since Mr. Ratliff was not arrested or formally questioned, the Probation Office was not informed at the time.

The victim in this complaint advised Hayward Police Department (HPD) officers that she and Mr. Ratliff engaged in a verbal argument that turned physical. The victim stated that the offender grabbed her about the neck to choke her and pulled her to a couch, where he punched her in the face and ribs, and pulled her hair. She also advised officers that a handgun was present on the premises but it is not clear whether officers located such a weapon during the ensuing search. HPD Officers were unable to locate Mr. Ratliff at the premises. The victim declined medical attention at the scene.

On April 17, 2013, a letter was sent to the Northern District of Illinois requesting a transfer of jurisdiction in order to report the conduct to the Court. On May 23, 2013, the transfer of jurisdiction was completed and the Northern District California now retains jurisdiction of the case. As of this date, no formal charges have been filed with the Alameda County District Attorney's Office.

Evidence in support of this charge is contained in the December 2, 2012, Hayward Police Department Case Report, reviewed by the undersigned on April 15, 2013, upon receipt; and the April 15, 16, 17, and May 31, 2013, Probation Chronological Entries.

RE:    Ratliff, James                                                                      3
CR 13-00352-1

Based on the foregoing, there is probable cause to believe that James Ratliff violated the
conditions of his supervision.

Respectfully submitted,                         Approved as to form:


Jenna Russo                                     Teresa C. Hoffman
U.S. Probation Officer                          Supervisory U.S. Probation Officer
Date Signed: May 31, 2013

---

Having considered the information set forth above, the court finds there is probable cause to
believe there has been a violation of the conditions of supervision and orders:

☑ The issuance of a summons for the offender to appear in court before the duty Magistrate
   Judge for identification of counsel and setting of further proceedings on June 12, 2013, at
   9:30 a.m.

☐ Other:


_3 June 2013_
Date

Yvonne Gonzalez Rogers
United States District Judge

**RE:**    Ratliff, James                                                                                                          4
CR 13-00352-1


APPENDIX


Grade of Violations:  A

Criminal History at time of sentencing:  I

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two Years per 18 U.S.C. § 3583(e)(3) | 12 to 18 Months per USSG § 7B1.4(a)(1) |
| **Supervised Release:** | Three Years per 18 U.S.C. § 3583(b)(2), 18 U.S.C. § 3583(h) | Three Years Less Any Custody Imposed per USSG § 7B1.3(g)(2) |
| **Probation:** | Not Authorized | Not Authorized |