# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN
### DIVISION EVERETT MCKINLEY DIRKSEN BUILDING
#### UNITED STATES COURTHOUSE
#### 219 S. DEARBORN
#### CHICAGO ILLINOIS 60604

Thomas G. Bruton, CLERK
OFFICE OF THE CLERK

June 6th, 2013

**FILED**

JUN 1 1 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Northern District Of California

1301 Clay St

Oakland, CA 94612

    RE:    United States of America vs. James Ratliff

    Transferring District's Case Number: 03cr403

    Receiving District's Case Number: 13-00353 *B 352-YGR*

Dear Sir/Madam:

    Pursuant to Title 18, United States Code, Section 3653, Transfer of Jurisdiction of Probation, enclosed are the following document(s):

        CERTIFIED Copy of Indictment

        CERTIFIED Copy of Judgment and Commitment Order

        CERTIFIED Copy of docket entries

which I hereby certify are the originals filed in this Court on the above cause.

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

        Thomas G. Bruton  CLERK,
        U.S. DISTRICT COURT

        BY: /Nick Fanelle, Deputy Clerk

NP

MAGISTRATE JUDGE KEYS    JUDGE SHADUR    03CR403-1

| PROB 22<br>(Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>03 CR 00403-1 |
|---|---|---|

DOCKET NUMBER *(Rec. Court)*
CR13-00352 YGR

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>James Ratliff | DISTRICT<br>Illinois Northern | DIVISION<br>Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Milton I. Shadur | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>12/18/2009 | TO<br>12/17/2014 |

| OFFENSE<br>Narcotics-Sell-Distribute-or Dispense |
|---|

ORIGINAL FILED MAY 3 1 2013 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CA OAKLAND

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    "Northern District of Illinois "

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the ND/CA, Oakland upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 8, 2013
_____
Date

*Milton D Shadur*
_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA / OAKLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/23/2013
_____
*Effective Date*

*Yvonne Gonzalez Rogers*
_____
*United States District Judge*

FILED

JUN X 5 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT


A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
BY _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 6/6/13

**FILED**

UNITED STATES DISTRICT COURT    APR 1 7 2003

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION    MICHAEL W. DOBBINS

CLERK: U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. ~~01 CR 857~~    JUDGE ANDERSEN |
| | ) | Violation: Title 21, U.S.C. ~~MAGISTRATE JUDGE KEYS~~ |
| v. | ) | Section 8 **03CR0403** |
| | ) | |
| JAMES RATLIFF | ) | |
| DOCKETED | ) | |
| APR 1 8 2003 | ) | INDICTMENT ~~JUDGE BUCKLO~~ |

~~MAGISTRATE JUDGE ASHMAN~~

## COUNT ONE

The SPECIAL SEPTEMBER 2002 GRAND JURY charges:

On or about June 28, 2001, in the Northern District of Illinois, Eastern Division,

## JAMES RATLIFF

defendant herein, did knowingly and intentionally possess with the intent to distribute a controlled

substance, namely approximately 14 kilograms of mixtures and substances containing cocaine, a

Schedule II Controlled Substance.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY



A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK

BY _____

U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: 6/6/13

No.

Case 4:13-cr-00352-YGR   Document 3   Filed 06/11/13   Page 4 of 15
Case: 1:03-cr-00403 Document #: 2 Filed: 04/17/03 Page 2 of 2 PageID #:3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

## UNITED STATES OF AMERICA

vs.

## JAMES RATLIFF

## I N D I C T M E N T

**Violations:**   Title 21, United States Code, Section 841(a)(1)

A true bill,

_____
Foreman

Filed in open court this __16th__ day of __April__ ,A.D. 20 03

_____
James Tortorici, Deputy Clerk
Clerk
Michael Dobbins, Clerk

Bail, $ _____

PO 880.320

Case: 1:03-cr-00403 Document #: 28 Filed: 01/13/06 Page 1 of 6 PageID #:44

(Rev. 03/05)

## United States District Court
## Northern District of Illinois

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **Case Number: 03-CR-403-1** |
| | ) | **Judge: Wayne R. Andersen** |
| JAMES RATLIFF | ) | |

John Theis, Defendant's Attorney
Larry Beaumont, AUSA

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

**THE DEFENDANT ENTERED A PLEA OF:**

guilty to Counts ONE (1) of the INDICTMENT, which was accepted by the court.

**THE DEFENDANT IS CONVICTED OF THE OFFENSES(S) OF:**

| Title & Section | Description of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 21:841(a)(1) | Possession with Intent to Distribute Cocaine | 06/27/2001 | ONE (1) |

The defendant is sentenced as provided in the following pages of this judgment.



A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
BY
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 6/6/13

**RATLIFF, JAMES**
**3 CR 403-1**

Page 2 of 8

## IMPRISONMENT

## IT IS THE JUDGMENT OF THIS COURT THAT:

the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total uninterrupted term of **FIFTY-FIVE (55) MONTHS** as to count one (1).

The Court recommends to the Bureau of Prisons:

As close to home in Northern California

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for the periods specified for each count of conviction.

The defendant is sentenced on all counts of conviction, namely, Counts ONE (1) to a period of FIVE (5) years of Supervised Release.

Based on the defendant's inability to pay, the costs of incarceration are waived.

The defendant shall report immediately to the probation office in the district in which the defendant is to be supervised, but no later than seventy-two hours after sentencing. In addition, see the attached page(s) defining the mandatory, standard and discretionary conditions of probation that apply in this case.

RATLIFF, JAMES
3 CR 403-1

Page 3 of 8

## MANDATORY CONDITIONS OF SUPERVISED RELEASE
### (as set forth in 18 U.S.C. § 3583 and U.S.S.G. § 5D1.3)

1) For any offense, the defendant shall not commit another federal, state or local crime;

2) for any offense, the defendant shall not unlawfully possess a controlled substance;

3) for offenses committed on or after September 13, 1994, the defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within fifteen days of release from imprisonment and at least two periodic drug tests thereafter for use of a controlled substance as determined by the court:

4) for a domestic violence crime committed on or after September 13, 1994, as defined in 18 U.S.C. § 3561(b) by a defendant convicted of such an offense for the first time, the defendant shall attend a rehabilitation program in accordance with 18 U.S.C. § 3583(d);

5) for a defendant classified as a sex offender pursuant to 18 U.S.C. § 4042(c)(4), the defendant shall comply with the reporting and registration requirements set forth in 18 U.S.C. § 3583(d);

6) the defendant shall cooperate in the collection of a DNA sample from the defendant if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 and the Justice for All Act of 2004; and

7) The defendant shall pay any balance on the special assessment, restitution and/or fine imposed against the defendant.

## STANDARD CONDITIONS OF SUPERVISED RELEASE

1) For any felony or other offense, the defendant shall not possess a firearm, ammunition, or destructive device as defined in 18 U.S.C. § 921;

2) the defendant shall not leave the judicial district without the permission of the court or probation officer (travel outside the continental United States requires court authorization);

3) the defendant shall report to the probation officer as directed by the court or the probation officer and shall submit a truthful and complete written report within the first five days of each month;

4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5) the defendant shall provide to the probation officer access to any requested financial information including, but not limited to, tax returns, bank statements, credit card statements, credit applications, etc.;

6) the defendant shall support his or her dependents and meet other family responsibilities;

7) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

8) the defendant shall notify the probation officer ten (10) days prior to any change in residence or employment;

9) the defendant shall refrain from excessive use of alcohol;

10) the defendant shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as requested by the probation officer to determine the use of any controlled substance;

11) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

**RATLIFF, JAMES**                                                                                      Page 4 of 8
**3 CR 403-1**

12)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

13)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

14)    the defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;

15)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

16)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

17)    if this judgment imposes a special assessment, restitution or a fine, it shall be a condition of probation or supervised release that the defendant pay any such special assessment, restitution or fine in accordance with the court's order set forth in the Criminal Monetary Penalties sheet of this judgment.

Other conditions imposed by the court:

The Court waives the costs of supervised release and imprisonment. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 5 days of release from imprisonment and random drug tests thereafter, not to exceed 104 tests per year. The defendant shall not possess a firearm or destructive device.

RATLIFF, JAMES
3 CR 403-1

Page 5 of 8

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the "Schedule of Payments." Unless waived, the defendant shall pay interest on any restitution and/or fine of more than $2,500, unless the restitution and/or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). The payment options may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| Total Assessment(s) | Total Fine | Restitution | Mandatory Costs of Prosecution |
|---|---|---|---|
| $100.00 | Fine Waived | $ | $ |

The defendant shall notify the United States Attorney's Office having jurisdiction over the defendant within thirty days of any change of name, residence or mailing address until all special assessments, restitution, fines, and costs imposed by this judgment are fully paid.

## SCHEDULE OF PAYMENTS

- Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs. If this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.

- All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate financial Responsibility Program, are to be by money order or certified check payable to the Clerk of the Court, U.S. District Court, unless otherwise directed by the Court.

- Unless waived, the defendant shall pay interest on any fine and/or restitution of more than $2,500, unless the same is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). Payment options included herein may be subject to penalties of default and delinquency pursuant to 18 U.S.C. § 3612(g).

- Pursuant to 18 U.S.C. §§ 3613(b) and ©) and 3664(m), restitution and/or fine obligations extend for twenty years after release from imprisonment, or from the date of entry of judgment if not sentenced to a period of imprisonment.

Payment of the total criminal monetary penalties shall be due as follows:

In full:

Due immediately.

Pursuant to 18 U.S.C. § 3664(k) the defendant must notify the court of any material changes in the defendant's economic circumstances. Upon such notice, the court may adjust the installment payment schedule.

Pursuant to 18 U.S.C. § 3664(n), if a person is obligated to provide restitution, or pay a fine, received substantial resources from any source, including inheritance, settlement, or other judgment, during a period of incarceration, such person shall be required to apply the value of such resources to any restitution or fine still owed.

**RATLIFF, JAMES**
**3 CR 403-1**

Page 6 of 8

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:  **before 2:00 P.M. on July 10, 2006.**

Date of Imposition of Judgment/Sentencing: January 13, 2006

WAYNE R. ANDERSEN
UNITED STATES DISTRICT JUDGE

Dated at Chicago, Illinois this $\underline{27^{th}}$ day of January, 2006

KEYS

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 5.1.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-00403 All Defendants
### Internal Use Only

Case title: USA v. Ratliff

Date Filed: 04/17/2003
Date Terminated: 01/13/2006

---

Assigned to: Honorable Milton I. Shadur

### Defendant (1)

**James Ratliff**
*TERMINATED: 01/13/2006*

represented by **John Thomas Theis**
Law Office of John T. Theis
190 South LaSalle Street
Suite 520
Chicago, IL 60603
(312) 782-1121
Email: theislaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

21:841G=CP.F CONTROLLED
SUBSTANCE - POSSESSION
(1)

### Disposition

It is the judgment of this court that: the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total uninterrupted term of fifty-five (55) months as to count one (1). Upon release from imprisonment the defendant shall be on supervised release for the periods specified for each count of conviction. The defendant is sentenced on all counts of conviction, namely, count one (1) to a period of five (5) years of supervised release. Mandatory conditions of supervised release. Standard conditions of supervised release. Schedule of payments. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: before 2:00 p.m. on 07/10/2006.



A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK

BY _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 6/6/13

6/6/2013 11:53 AM

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) | |
|---|---|
| None | |

| Complaints | Disposition |
|---|---|
| None | |

### Plaintiff

**United States of America**     represented by     **Former AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
Email: USAILN.ECFFormerAUSA@usdoj.gov
*LEAD ATTORNEY*

**Pretrial Services**
.
435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2013 | 31 | PROBATION Jurisdiction Transferred to Northern District of California as to James Ratliff Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (nf, ) (Entered: 06/06/2013) |
| 04/19/2013 | 30 | EXECUTIVE COMMITTEE ORDER: Case as to James Ratliff reassigned to the Honorable Milton I. Shadur. Honorable Wayne R. Andersen no longer assigned to the case. (ef, ) (Entered: 05/09/2013) |

| 04/14/2009 | 29 | MINUTE entry before the Honorable Wayne R. Andersen:as to James Ratliff. Pursuant to a Request to Modify the Conditions of Supervision with Consent of the Offener, the conditions of Mr. Ratliffs supervised release are modified as set forth herein. The defendant shall submit his person, residence, office, vehicle, or any other property under his control to a search. Such a search shall be conducted by a United StatesProbation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspiciion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches. Mailed notice (tsa, ) (Entered: 04/14/2009) |
| --- | --- | --- |
| 02/01/2006 | | JUDGMENT and Commitment as to James Ratliff issued to U.S. Marshal (pmp, ) (Entered: 02/01/2006) |
| 01/13/2006 | 28 | Sentencing held on 1/13/2006, JUDGMENT (Sentencing Order) as to James Ratliff (1), It is the judgment of this court that: the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total uninterrupted term of fifty-five (55) months as to count one (1). Upon release from imprisonment the defendant shall be on supervised release for the periods specified for each count of conviction. The defendant is sentenced on all counts of conviction, namely, count one (1) to a period of five (5) years of supervised release. Mandatory conditions of supervised release. Standard conditions of supervised release. Schedule of payments. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: before 2:00 p.m. on 07/10/2006., James Ratliff terminated. Signed by Judge Wayne R. Andersen on 1/27/06.Mailed notice (pmp, ) (Entered: 02/01/2006) |
| 01/10/2006 | 27 | MINUTE entry before Judge Wayne R. Andersen as to James Ratliff: Sentencing reset to 01/13/2006 at 10:30 AM. Mailed notice (pmp, ) (Entered: 01/11/2006) |
| 12/19/2005 | 26 | ATTORNEY Appearance for defendant James Ratliff by John Thomas Theis (Theis, John) (Entered: 12/19/2005) |
| 12/19/2005 | 25 | OBJECTION to Presentence Investigation Report by James Ratliff (Theis, John) (Entered: 12/19/2005) |
| 11/14/2005 | 24 | MINUTE entry before Judge Wayne R. Andersen as to James Ratliff: Sentencing set for 12/14/2005 at 10:55 AM. Mailed notice (pmp, ) (Entered: 11/15/2005) |
| 11/09/2004 | 23 | MINUTE ORDER of 11/9/04 by Hon. Wayne R. Andersen as to James Ratliff : Sentencing set for 11/18/2004 is stricken. Mailed notice (pmp) (Entered: 11/12/2004) |
| 10/18/2004 | 22 | MINUTE ORDER of 10/18/04 by Hon. Wayne R. Andersen as to James Ratliff : Sentencing set for 10/26/04 is stricken and reset to 11/18/04 at 8:30 a.m. Mailed notice (pmp) (Entered: 10/19/2004) |
| 07/15/2004 | 21 | MINUTE ORDER of 7/15/04 by Hon. Wayne R. Andersen as to James Ratliff : Status hearing held. Defendant enters a plea of guilty as to count one (1). Court |

| | | |
|---|---|---|
| | | enters judgment of guilty. Order cause referred to the Probation Office for presentence investigation. Sentencing set for 10/26/04 at 8:30 a.m. Defendant's bond is modified to include travel throughout the State of California. No notice (pmp) (Entered: 07/16/2004) |
| 07/15/2004 | 20 | PLEA Agreement as to James Ratliff (pmp) (Entered: 07/16/2004) |
| 07/07/2004 | 19 | MINUTE ORDER of 7/7/04 by Hon. Wayne R. Andersen as to James Ratliff : Status hearing re-set for 07/15/04 at 1:30 p.m. Status hearing set for 07/06/2004 is stricken. Time is hereby excluded to 07/15/2004 pursuant to 18:3161(h)(1)(f), (h)(1)(I). Mailed notice (pmp) (Entered: 07/09/2004) |
| 06/17/2004 | 18 | MINUTE ORDER of 6/17/04 by Hon. Wayne R. Andersen as to James Ratliff : Status hearing re-set for 07/06/04 at 9:30 a.m. Status hearing set for 06/10/04 is stricken. Time is hereby excluded to 07/06/04 pursuant to 18:3161(h)(1)(F). Nunc pro tunc 06/10/2004. Mailed notice (pmp) (Entered: 06/18/2004) |
| 06/03/2004 | 17 | MINUTE ORDER of 6/3/04 by Hon. Wayne R. Andersen as to James Ratliff : Status hearing held and continued to 06/10/2004 at 1:30 p.m. Time is hereby excluded to 06/10/2004 pursuant to 18:3161(h)(1)(F). No notice (pmp) (Entered: 06/08/2004) |
| 03/18/2004 | 16 | MINUTE ORDER of 3/18/04 by Hon. Wayne R. Andersen as to James Ratliff : Defendant's motion to re-set trial date is granted. [15-1] Status hearing set for 06/03/2004 at 10:00 a.m. Jury trial set for 04/19/04 is stricken and reset to 07/06/04 at 9:30 a.m. Time is hereby excluded to 6/3/04 pursuant to 18:3161(h)(1)(F). No notice (pmp) (Entered: 03/19/2004) |
| 03/12/2004 | 15 | MOTION by James Ratliff to re-set trial date ; Notice (pmp) (Entered: 03/19/2004) |
| 03/05/2004 | 14 | MINUTE ORDER of 3/5/04 by Hon. Wayne R. Andersen as to James Ratliff : Sentencing set for 03/25/04 is stricken and reset to 03/31/04 at 10:15 a.m. Mailed notice (pmp) (Entered: 03/09/2004) |
| 09/09/2003 | 13 | MINUTE ORDER of 9/9/03 by Hon. Wayne R. Andersen as to James Ratliff : Status hearing held and continued to 3/23/2004 at 10:30 a.m. Jury trial set for 4/19/2004 at 9:30 a.m. Time is hereby excluded to 3/23/2004 pursuant to 18:3161(h)(1)(F). No notice (pmp) (Entered: 09/15/2003) |
| 07/30/2003 | 12 | MINUTE ORDER of 7/30/03 by Hon. Wayne R. Andersen as to James Ratliff : Status hearing re-set for 9/9/03 at 10:30 a.m. Time is hereby excluded to 9/9/03 pursuant to 18:3161(h)(1)(F). Status hearing set for 7/31/2003 is stricken. Mailed notice (pmp) (Entered: 07/31/2003) |
| 07/23/2003 | 11 | MINUTE ORDER of 7/23/03 by Hon. Wayne R. Andersen as to James Ratliff : Status hearing stricken and reset to 7/31/2003 at 9:45 a.m. Time is hereby excluded pursuant to 18:3161(h)(1)(F). Mailed notice (pmp) (Entered: 07/25/2003) |
| 07/03/2003 | 10 | MINUTE ORDER of 7/3/03 by Hon. Wayne R. Andersen as to James Ratliff : Status hearing re-set for 7/23/2003 at 10:45 a.m. Staus hearing set for 7/24/2003 is stricken. Mailed notice (pmp) (Entered: 07/07/2003) |

| 06/19/2003 | 9 | MINUTE ORDER of 6/19/03 by Hon. Wayne R. Andersen as to James Ratliff : Status hearing held and continued to 07/24/03 at 10:45 a.m. Time is excluded to 7/24/03 pursuant to 18:3161(h)(1)(F). No notice (pmp) (Entered: 06/20/2003) |
|---|---|---|
| 05/01/2003 | 🔒 | (Court only) Modification: for Hon. Wayne R. Andersen Status hearing set before Judge Andersen on 06/19/03 at 9:45 a.m. (pmp) (Entered: 05/05/2003) |
| 05/01/2003 | 8 | MINUTE ORDER of 5/1/03 by Hon. Arlander Keys as to James Ratliff : Arraignment held. The defendant enters plea of not guilty to the indictment. 16.1(A) conference to be held by or on 05/08/03. Pretrial motions to be filed by or on 5/22/03. Responses to pretrial motions are due by or on 06/05/03; replies thereto due by or on 06/12/03. Status hearing set before Judge Andersen on 06/19/03 at 9:45 a.m. Time is excluded pursuant to 18:3161(h)(1). Mailed notice (pmp) (Entered: 05/05/2003) |
| 04/28/2003 | 7 | MINUTE ORDER of 4/28/03 by Hon. Arlander Keys as to James Ratliff : The defendant's counsel appeared along with a Pretrial Service Officer. Both counsel and the Pretrial Services Office stated that the defendant, who is traveling from Oakland, California to this district had problems with his fight and that he currently en route to this district. At the request of counsel, arraignment and plea is reset to 05/01/03 at 9:30 a.m. Mailed notice (pmp) (Entered: 04/29/2003) |
| 04/21/2003 | 6 | MINUTE ORDER of 4/21/03 by Hon. Arlander Keys as to James Ratliff : Arraignment and plea set for 04/21/03 is reset to 04/28/03 at 9:30 a.m. per agreement of the parties. Mailed notice (pmp) (Entered: 04/22/2003) |
| 04/18/2003 | 5 | ARRAIGNMENT NOTICE: Before Hon. Arlander Keys as to James Ratliff : Arraignment and plea set for Monday, 04/21/2003 at 10:00 a.m. in courtroom 2230 before Magistrate Judge Keys for Judge Andersen. Mailed notice (pmp) (Entered: 04/18/2003) |
| 04/17/2003 | 4 | MINUTE ORDER of 4/17/03 by Hon. Sidney I. Schenkier as to James Ratliff : Bond set by magistrate in 03 cr 227 to stand as bond in this instance. No notice (pmp) (Entered: 04/18/2003) |
| 04/17/2003 | 3 | DESIGNATION SHEET Felony Category III (pmp) (Entered: 04/18/2003) |
| 04/17/2003 | 2 | INDICTMENT Counts filed against James Ratliff (1) count(s) 1 (pmp) (Entered: 04/18/2003) |
| 04/17/2003 | 1 | ORDER as to James Ratliff of the Exexutive Committed: It appearing that 01CR857, United States v James Ratliff, was assigned directly to the Honorable Elaine E Bucklo and It further appearing that this proceeding should have been given a new case number and assigned by lot, therefore It is hereby ordered that this proceedings be designated with a new criminal case and number and be assigned by lot to a district judge of this court. (pmp) (Entered: 04/18/2003) |