STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant Ratliff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-00352-YGR |
| Plaintiff, | ) ) | STIPULATION REGARDING DISCOVERY |
| vs. | ) ) | Date:  Nov. 13, 2013 Time:  9:00 a.m. |
| JAMES RATLIFF, | ) ) | |
| Defendant. | ) ) | |

    This matter is set for revocation hearing on November 13, 2013 at 9:00 a.m.  Hon. Donna M. Ryu, United States Magistrate Judge, on June 12, 2013,  ordered the United States Probation Officer to promptly provide both parties with a copy of the Presentence Report as well as discovery in the case.  The Probation Officer has provided a number of items to the parties.  The Probation Officer will not provide the parties with copies of a statement that was taken from the alleged victim, because the statement was taken by the Probation Officer after the Violation petition was filed.  According to the Probation Officer, her office protocol does not consider items to be discovery unless they form part of the basis of the revocation charge.  Thus, any investigation by the Probation Office after a charge is filed would not be discoverable.  Both of the undersigned parties do consider this evidence to be relevant, material, and discoverable in the

coming hearing. The parties thus jointly request that the Probation Office be ordered to turn over to the parties copies of any recorded statements of, or communications with, any potential witnesses in this case, as well as any physical evidence relevant to the charges in this case. The parties agree that the items will be governed by the Protective Order previously entered in this case.

DATED: November 6, 2013                             /s/
                                                                        MICHELLE KANE
                                                                        Assistant United States Attorney

DATED: November 6, 2013                             /s/
                                                                        JOHN PAUL REICHMUTH
                                                                        Assistant Federal Public Defender
                                                                        Counsel for JAMES RATLIFF

## ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the Probation Office provide to the parties copies of any recorded statements of, or communications with, any potential witnesses in this case, as well as any physical evidence relevant to the charges in this case. Discovery produced under this Order will be governed by the Protective Order previously entered in this case.

November __7__, 2013                             _____
                                                                  THE HONORABLE DONNA M. RYU
                                                                  UNITED STATES MAGISTRATE JUDGE